**PARIS ACKERMAN & SCHMIERER LLP**
Ross H. Schmierer, Esq.
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-6667
ross@paslawfirm.com

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq.
(*Pro Hac Vice Pending*)
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
tfriedman@attorneysforconsumers.com

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD MARCUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>NATIONWIDE MEDICAL BILLING LLC d/b/a NATIONWIDE MEDICAL BILLING,<br><br>Defendant. | Case No.: 16-01518 (FLW) (LHG)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Richard Marcus hereby voluntarily dismisses this action against the defendant Nationwide Medical Billing LLC d/b/a Nationwide Medical Billing, pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(i).

**PARIS ACKERMAN & SCHMIERER LLP**

By:   *s/Ross H. Schmierer*
       Ross H. Schmierer, Esq.
       103 Eisenhower Parkway
       Roseland, NJ 07068
       (T): (973) 228-6667
       (F): (973) 629-1246
       ross@paslawfirm.com